IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

**CRIMINAL NO. 2:08CR2**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | <u>O R D E R</u> |
| | ) | |
| NICHOLAS BRYSON | ) | |

**THIS MATTER** is before the Court on Defendant's appeal of his conviction and sentence entered by the Magistrate Judge on January 24, 2008. *See Judgment in a Criminal Case, filed January 28, 2008.*

**IT IS, THEREFORE, ORDERED** that the Defendant shall file brief on appeal on or before 30 days from service of this Order and the Government shall file a brief in response thereto on or before 30 days after service of the Defendant's brief.

Signed: February 5, 2008

Lacy H. Thornburg
United States District Judge