IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

**CRIMINAL NO. 2:08CR2**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| NICHOLAS BRYSON ) | |

**THIS MATTER** is before the Court on Defendant's motion to dismiss the appeal of his conviction and sentence entered by the Magistrate Judge filed February 1, 2008.

For the reasons stated,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to dismiss appeal is **ALLOWED**, and his appeal filed February 1, 2008, is hereby **DISMISSED**.

Signed: March 6, 2008

Lacy H. Thornburg
United States District Judge